UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY QUINN | CIVIL ACTION |
| VERSUS | NO. 18-3576 |
| CRESCENT GUARDIAN, INC. and MARIAN H. PIERRE | SECTION M (4) |

## ORDER

Before the Court is a joint motion for approval of settlement and dismissal of the case,[1] including the confidential settlement agreement, which was submitted to the Court under seal for its *ex parte* review.[2] Considering the parties' motion, the settlement agreement, and the applicable law, the Court finds the compromise to have fairly and reasonably settled a bona fide dispute. *See Martin v. Spring Break '83 Productions, L.L.C.*, 688 F.3d 247, 254-57 (5th Cir. 2012). Accordingly.

IT IS ORDERED that the parties' settlement agreement is approved, and this case is dismissed with prejudice, with costs to be handled pursuant to the terms of the settlement agreement.

New Orleans, Louisiana, this 10th day of August, 2020.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 53.

[2] The Court notes that the parties jointly consented to conditional certification of a class of hourly employees who worked or were working at Crescent Guardian, Inc. as security guards between January 2016 and January 2019, but who were not paid at the federal minimum wage rate for all hours worked as a result of defendants' policy of deducting costs of uniforms and equipment from employee paychecks. R. Doc. 22.